IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01405-WYD

Agency No.  WAC-12-902-13714

ROY EDWARD PHELPS; and
NATHALIE PHELPS,

    Plaintiffs,

v.

LORETTA LYNCH, Attorney General of the United States;
JEH JOHNSON, Secretary for the Department of Homeland Security ("DHS");
LEON RODRIGUEZ, Director for United States Citizenship and Immigration Services ("USCIS");
LAURA ZUCHOWSKI, Center Director for the Vermont USCIS;
United States Department of Homeland Security;
United States Citizenship and Immigration Services,

    Defendants.

**ORDER DIRECTING PREPARATION OF JOINT CASE MANAGEMENT PLAN**

**Daniel, J.**

    This action under the Administrative Procedures Act was filed on July 2, 2015.  A Joint Case Management Plan should, if properly negotiated, provide a mutually agreeable road map for prioritizing and addressing procedural issues as well as an efficient briefing schedule.  Accordingly, the parties are directed to confer and prepare a proposed Joint Case Management Plan (JCMP).  The form JCMP of this court is referenced in  D.C.COLO.LAPR 16.1.  Counsel should attempt in good faith to agree on all matters covered in the form JCMP.  Any issue in dispute should be identified in the proposed JCMP with a brief statement concerning the basis for the disagreement.

**THEREFORE, IT IS ORDERED** that by September 9, 2015, the parties shall file (using the Notice event in CM/ECF) a proposed Joint Case Management Plan using the form Joint Case Management Plan referenced in D.C.COLO.LAPR 16.1, and shall submit a copy of the proposed Joint Case Management plan in an editable format (Microsoft Word or WordPerfect) to Daniel_Chambers@cod.uscourts.gov.

Dated:  August 17, 2015

BY THE COURT:

*/s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE