IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 15-cv-01405-WYD

Agency No. WAC-12-902-13714

ROY EDWARD PHELPS; and
NATHALIE PHELPS,

    Plaintiffs,

v.

LORETTA LYNCH, Attorney General of the United States;
JEH JOHNSON, Secretary of Homeland Security;
LEON RODRIGUEZ, Director of U.S. Citizenship and Immigration Services;
LAURA ZUCHOWSKI, Center Director of U.S. Citizenship and Immigration Services Vermont Service Center;
U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

    Defendants.

## ORDER

**Daniel, J.**

    Under the Court's local rules of practice, D.C.COLO.LAPR 1.1. *et seq*., the AP judge manages an administrative appeal through briefing, after which it is returned to the Clerk's Office to be drawn to a judge like any other civil case under D.C.COLO.LCiv.R 40.1.  Upon my careful review of the record in this review of agency action, I find the issues raised in Defendant's Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim (ECF No. 9) to be sufficiently intertwined with the merits of the underlying controversy to suggest the AP judge refrain from resolving them to avoid binding the merits judge to a ruling which he or she may view differently.

For the foregoing reasons, this case is REMITTED to the Clerk for immediate random assignment to a merits judge under D.C.COLO.LCiv.R 40.1. The parties are reminded that the briefing deadlines imposed in ECF No. 9 remain in full force and effect unless modified by the merits judge.

Dated:  September 14, 2015

BY THE COURT:

*/s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE