IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | |
|---|---|---|
| Civil Action: | 15-cv-01405-NYW | Date: November 13, 2015 |
| Courtroom Deputy: | Brandy Simmons | FTR: NYW COURTROOM C-204* |

| *Parties* | *Counsel* |
|---|---|
| ROY EDWARD PHELPS, <br> NATHALIE PHELPS, <br><br> **Plaintiffs,** <br><br> v. <br><br> LORETTA E. LYNCH, <br> JEH JOHNSON, <br> LEON RODRIGUEZ, <br> LAURA ZUCHOWSKI, <br> UNITED STATES DEPARTMENT OF <br> HOMELAND SECURITY, <br> UNITED STATES CITIZENSHIP AND <br> IMMIGRATION SERVICES, <br><br> **Defendants.** | *Bryon Matthew Large* <br><br><br><br><br><br><br><br> *Elizabeth Serio* <br> *Katherine Elizabeth Goettel* |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

Court in Session: 1:40 p.m.

Appearance of counsel. Mr. Roy Phelps and Ms. Nathalie Phelps appear with Mr. Large.

Discussion and argument held on Defendants' Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim [9] filed September 8, 2015.

For the reasons stated on the record, it is

**ORDERED:   Defendants' Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim [9] is deemed argued, submitted, and TAKEN UNDER ADVISEMENT. A separate written order will issue.**

Court in Recess: 2:13 p.m.           Hearing concluded.           Total time in Court:   00:33

\* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.